AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:22-cv-00687-JWH-KK

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* BIONIME USA CORPORATION, was received by me on *(date)* Apr 26, 2022, 9:13 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* SUSAN, , who is designated by law to accept service of process on behalf of *(name of organization)* BIONIME USA CORPORATION on *(date)* Tue, Apr 26 2022 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: 04/27/2022

*Andrea Diaz*
_____
*Server's signature*

Andrea Diaz  -  Process Server
_____
*Printed name and title*

1619 E BANYAN CT, ONTARIO, CA 91761
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 26, 2022, 7:00 pm at 1450 E SPRUCE ST, BLDG B, ONTARIO, CA 91761 received by BIONIME USA CORPORATION, BY DELIVERING TO SUSAN, MANAGER OF BIONIME USA.

DELIVERED TO THE ABOVE NAMED WAS A SUMMONS IN A CIVIL ACTION AND COMPLAINT FOR PATENT INFRINGEMENT WITH EXHIBIT A AND NOTICE TO PARTIES OF COURT–DIRECTED ADR PROGRAM AND NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES AND NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE.